**\*E-Filed 11/20/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIGHT IMPERIAL LTD, | No. C 09-03799 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DOES 1 through 20, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference currently scheduled for December 16, 2009, is continued to **February 17, 2010, at 2:30 p.m.** in Courtroom 4, 5th Floor, United States Courthouse, 280 South First Street, San Jose, California.  In accordance with Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a), the deadline to exchange initial disclosures and file a Joint Case Management Statement will be **February 10, 2010**.

Dated: 11/20/09

For the Court,
RICHARD W. WEIKING, Clerk

By:     /s/ Martha Parker Brown
           Courtroom Deputy Clerk