*E-Filed 01/21/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRIGHT IMPERIAL LTD.,            No. C 10-0016 RS

**CLERK'S NOTICE**

        Plaintiff,

  v.

DOES 1-20, inclusive,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      This notice is to inform you that starting the week of Monday, February 15, 2010, Judge Seeborg will conduct all civil matters on Thursdays in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Motion hearings will take place at 1:30 p.m. and Case Management Conferences ("CMCs") will take place at 10:00 a.m.

      All hearings and CMCs scheduled after Friday, February 12, 2010 in San Jose will be vacated. Parties are responsible for promptly re-noticing all motion hearings in San Francisco for a Thursday of their choosing. The CMC in the instant case is rescheduled for **February 25, 2010 at 10:00 a.m. in San Francisco**. The Joint Case Management Statement shall be due no later than February 18, 2010.

Dated: 01/21/2010                          For the Court,
                                                  RICHARD W. WEIKING, Clerk

                                                  By:     /s/ Martha Parker Brown
                                                            Courtroom Deputy Clerk