**\*E-Filed 01/21/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIGHT IMPERIAL LTD., | No. C 09-03799 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DOES 1-20, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This notice is to inform you that starting the week of Monday, February 15, 2010, Judge Seeborg will conduct all civil matters on Thursdays in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Motion hearings will take place at 1:30 p.m. and Case Management Conferences ("CMCs") will take place at 10:00 a.m.

All hearings and CMCs scheduled after Friday, February 12, 2010 in San Jose will be vacated.  Parties are responsible for promptly re-noticing all motion hearings in San Francisco for a Thursday of their choosing.  The CMC in the instant case is rescheduled for **February 25, 2010 at 10:00 a.m. in San Francisco**.  The Joint Case Management Statement shall be due no later than February 18, 2010.

Dated: 01/21/2010

For the Court,
RICHARD W. WEIKING, Clerk

By:     /s/ Martha Parker Brown
                Courtroom Deputy Clerk