SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JAMES M. CHADWICK, Cal. Bar No. 157114
jchadwick@sheppardmullin.com
THAYER M. PREECE, Cal. Bar No. 241824
tpreece@sheppardmullin.com
990 Marsh Road
Menlo Park, California 94025
Telephone: 650-815-2600
Facsimile: 650-815-2601

Attorneys for Plaintiff BRIGHT IMPERIAL LTD.

*E-Filed 02/26/2010*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT IMPERIAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 09 03799 RS <br><br> **[PROPOSED] ORDER GRANTING BRIGHT IMPERIAL LTD.'S MOTION FOR EXPEDITED DISCOVERY** <br><br> Judge: The Honorable Richard Seeborg |

Upon the Plaintiff's Motion for Expedited Discovery, and good cause appearing therefor, it is hereby ORDERED as follows:

While the Ninth Circuit has held that, "[a]s a general rule, the use of 'John Doe' to identify a defendant is not favored," it has nonetheless recognized that in certain situations the identity of the alleged defendants cannot be known prior to the filing of a complaint. *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980). On such occasions, "the plaintiff should be given an opportunity through discovery to identify the unknown defendants, unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds."

1     Plaintiff, Bright Imperial Ltd., has made an adequate showing that it is entitled to
2 expedited discovery regarding the identities of those who are or may be responsible for the
3 conduct alleged in its complaint in this action.
4     Plaintiff has made an adequate showing that one of the persons potentially involved
5 in or knowledgeable about the conduct alleged in the complaint is Mr. Chad Taylor of
6 "1120 LLC." Plaintiff has demonstrated reasonable diligence in seeking a physical
7 address or location for Mr. Taylor, or a registered agent for service of process for "1120
8 LLC," but has not been able to obtain that information. Because neither Mr. Taylor's
9 physical address or location nor a registered agent for service of process for "1120 LLC"
10 can be obtained through the exercise of reasonable diligence, Plaintiff may serve
11 subpoenas for documents and deposition testimony on Mr. Taylor and 1120 LLC via
12 Mr. Taylor's e-mail addresses of chadtaylor@gmail.com and piracystop@gmail.com. The
13 subpoenas may seek evidence relating to the identities of persons or entities, including the
14 legal name(s), physical address(es), e-mail address(es) and phone number(s) of the persons
15 or entities responsible for the conduct alleged in Plaintiff's complaint, including
16 Mr. Taylor's interaction with Plaintiff Bright Imperial Ltd., its domain name server account
17 at Internet Solutions, Inc. and other online assets (including the website
18 www.redtube.com), and Plaintiff's attorneys' and agents (including Ms. Thayer Preece).
19     If service via these methods does not result in compliance with the subpoenas,
20 Plaintiff Bright Imperial Ltd. may serve immediate discovery upon the attorney identified
21 by Mr. Taylor as his counsel, Mr. Michael Fattorosi, located at 6300 Canoga Avenue,
22 Suite 550, Woodland Hills, CA 91367, in the form of subpoenas requiring the production
23 of documents and deposition testimony sufficient to locate and serve Mr. Taylor.
24     It is further ordered that Plaintiff Bright Imperial Ltd. may serve immediate
25 discovery upon the Internet service providers for the Internet Protocol ("IP") address
26 64.206.212.67 and 76.167.247.73 in the form of subpoenas requiring the production of
27 documents sufficient to identify Mr. Taylor's legal name, physical address(es), e-mail
28 address(es) and phone number(s). The Internet Service Provider for IP Address

64.206.212.67 is Paetec Communications, Inc., with a service of process agent located at 818 West Seventh Street, Los Angeles, CA 90017.  The Internet Service Provider for IP address 76.167.247.73 is Time Warner Cable, located at 13820 Sunrise Valley Drive, Herndon, VA 20171.

IT IS SO ORDERED.

Dated  02/26/2010 _____

_____
The Honorable Richard Seeborg